CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 25 2013

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM LEE ANDERSON, II, | ) | CASE NO. 7:13CV00280 |
| | ) | |
| Petitioner, | ) | |
| | ) | **2254 FINAL ORDER** |
| v. | ) | |
| | ) | |
| DIRECTORS OF VDOC, | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that Anderson's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice as successive, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 25th day of June, 2013.

/s/
United States District Judge